# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARY I. AUSTIN,

    Plaintiff(s),

vs.

SAMMY'S WOODFIRED PIZZA,

    Defendant(s).

Case No. 2:11-cv-0204-RLH-LRL

**ORDER
SETTING EVIDENTIARY HEARING**
(Motion to Compel Arbitration–#7)

Before the Court is Defendant's **Motion to Compel Arbitration and to Dismiss or, in the Alternative, to Stay Litigation Pending Arbitration** (#7, filed March 22, 2011). Plaintiff filed an Opposition (#8) and Defendant filed a Reply (#9).

Upon reviewing the moving papers, the Court finds that an EVIDENTIARY HEARING is necessary to address the issue of **whether Plaintiff signed an arbitration agreement**.

IT IS THEREFORE ORDERED that an Evidentiary Hearing, to address whether Plaintiff signed an arbitration agreement, shall be held on September 14, 2011, at the hour of 2:00 p.m., in Courtroom 6C, in the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada, before the Honorable Roger L. Hunt, United States District Judge.

Dated: August 31, 2011.

_____
**Roger L. Hunt
United States District Judge**