UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARY I. AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-0204-RLH-VCF |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMMY'S WOODFIRED PIZZA, etc., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court Motion for Leave to Appear Telephonically (#17).

The Court having reviewed the Motion (#17) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion for Leave to Appear Telephonically (#17) is DENIED. Defendant's two participating insurance representatives, Sarah Courtman, Esq. And Ryan Kratz, Esq. are required to be present in court for the duration of the Early Neutral Evaluation hearing.

DATED this  9th  day of November, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge