UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY I. AUSTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMMY'S WOODFIRED PIZZA, etc.,<br><br>    Defendant, | 2:11-cv-0204-RLH-VCF<br><br><br>O R D E R |

    This matter is before the Court Motion for Leave to Appear Telephonically (#17).

    The Court having reviewed the Motion (#17) and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Motion for Leave to Appear Telephonically (#17) is DENIED. Defendant's two participating insurance representatives, Sarah Courtman, Esq. And Ryan Kratz, Esq. are required to be present in court for the duration of the Early Neutral Evaluation hearing.

    DATED this __9th__ day of November, 2011.

    _____
    ROBERT J. JOHNSTON
    United States Magistrate Judge